THE STATE OF OHIO, APPELLEE, *v.* DEHLER, APPELLANT.

[Cite as *State v. Dehler,* 130 Ohio St.3d 259, 2011-Ohio-5347.]

*Criminal law—Sex-offender registration—2007 Am.Sub.S.B. No. 10, as applied to defendants who committed sex offenses prior to its enactment, violates Section 28, Article II of the Ohio Constitution, which prohibits the General Assembly from passing retroactive laws.*

(No. 2009-1974—Submitted March 1, 2011—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Trumbull County, No. 2008-T-0061, 2009-Ohio-5059.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents and would affirm the judgment of the court of appeals.

_____

Dennis Watkins, Trumbull County Prosecuting Attorney, and Deena DeVico and LuWayne Annos, Assistant Prosecuting Attorneys, for appellee.

Timothy Young, Ohio Public Defender, and Jason A. Macke, Assistant Public Defender, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, urging reversal for amicus curiae Cuyahoga County Public Defender.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Chief Deputy Solicitor General, and David M. Lieberman, Deputy Solicitor, urging affirmance for amicus curiae Ohio Attorney General.

_____